1  ADAM PAUL LAXALT
   Attorney General
2  DENNIS L. BELCOURT
   Deputy Attorney General
3  Nevada State Bar # 2658
   100 N. Carson Street
4  Carson City, Nevada 89701
   775-684-1206 Telephone
5  775-684-1108 Facsimile
   dbelcourt@ag.nv.gov
6  *Attorneys for Public Employees'*
   *Benefits Program*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD STORLIE,<br><br>              Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY;<br>PUBLIC EMPLOYEES' BENEFITS<br>PROGRAM, a political subdivision of the<br>STATE OF NEVADA; DOES I-X; and ROE<br>CORPORATIONS I-X, inclusive,<br><br>              Defendants. | CASE NO:  2:15-cv-00797<br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

It is stipulated and agreed by and between Plaintiff, Richard Storlie, by and through his attorneys, Les Stovall and Ross H. Moynihan of Les Stovall and Associates, and Public Employees' Benefits Program, an agency of the State of Nevada, by and through its counsel Attorney General Adam Paul Laxalt of the State of Nevada, and Deputy Attorney General Dennis L. Belcourt, that Plaintiff's Complaint shall be dismissed with prejudice as to Public Employees' Benefits Program.

Each party stipulates and agrees that they shall bear their own attorney fees and cost.

///

///

///

///

///

///

-1-

Dated this <u>8th</u> day of May 2015.

ADAM PAUL LAXALT
Attorney General
/s Dennis L. Belcourt
DENNIS L. BELCOURT
Deputy Attorney General
Nevada Bar No. 2658
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1206
*Attorneys for Public Employees'
Benefits Program*

Dated this <u>8th</u> day of May 2015.

LES STOVALL & ASSOCIATES

s/ Leslie M. Stovall
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
Ross Moynihan, Esq.
Nevada Bar No. 11948
2301 Palomino Lane
Las Vegas, Nevada 89107
(702) 258-3034
*Attorneys for Plaintiff*

## ORDER

Based upon the parties' stipulation [11], and good cause appearing, IT IS HEREBY ORDERED that all claims against defendant Public Employees' Benefits Program ("PEBP) are DISMISSED with prejudice. The Motion to DIsmiss [6] filed by PEBP is DENIED as moot.

Dated: May 19, 2015.

_____
UNITED STATES DISTRICT JUDGE

-2-