UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD STORLIE, | ) | |
| Plaintiff, | ) | Case No. 2:15-cv-00797-JAD-GWF |
| vs. | ) | **ORDER** |
| STANDARD INSURANCE COMPANY, *et al.*, | ) | |
| Defendants. | ) | |

This matter is before the Court on the parties' Discovery Plan and Scheduling Order (#16) filed June 22, 2015. Upon review and consideration, the Court will grant 268 days after the first defendant answered or otherwise appeared. Accordingly,

**IT IS ORDERED** the Discovery Plan and Scheduling Order (#16) is **granted**; however, the following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **January 29, 2016**
2. Last date to amend pleadings and add parties: **November 2, 2015**
3. Last date to file interim status report: **December 1, 2015**
4. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **December 1, 2015**
5. Last date to disclose rebuttal experts: **January 4, 2016**
6. Last date to file dispositive motions: **February 29, 2016**
7. Last date to file joint pretrial order: **March 31, 2016**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

. . .

**IT IS FURTHER ORDERED** the disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

**IT IS FURTHER ORDERED** applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **January 8, 2016,** and shall fully comply with the requirements of LR 26-4. The Court reserves the right to conduct a status conference for any application to extend the discovery cutoff.

DATED this 23rd day of June, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge