Ann-Martha Andrews
State Bar No. 7585
E-mail:aandrews@lrrc.com
Todd D. Erb
State Bar No. 12203
E-mail: terb@lrrc.com
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel: 702.949.8200
Fax: 702.949.8398

*Attorneys for Defendant Standard Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD STORLIE, <br><br> Plaintiff, <br><br> vs. <br><br> STANDARD INSURANCE COMPANY; PUBLIC EMPLOYEES' BENEFITS PROGRAM, a political subdivision of the STATE OF NEVADA; DOES I-X; and ROE CORPORATIONS I-X; inclusive, <br><br> Defendant. | CASE NO. 2:15-CV-00797-JAD-GWF <br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

The parties, having settled their dispute, stipulate that the Court shall dismiss this matter with prejudice. Each party will bear its own attorneys' fees and costs.

DATED this _____ day of February, 2016.

| | |
|---|---|
| STOVALL & ASSOCIATES <br><br> By: */s/ Leslie Mark Stovall (with permission)* <br> LESLIE MARK STOVALL <br> Nevada Bar No. 2566 <br> ROSS H. MOYNIHAN <br> Nevada Bar No. 11848 <br> 2301 Palomino Lane <br> Las Vegas, NV 89107 <br> *Attorneys for Plaintiff* | LEWIS ROCA ROTHGERBER CHRISTIE LLP <br><br> By: */s/ Ann-Martha Andrews* <br> ANN-MARTHA ANDREWS <br> Nevada Bar No. 7585 <br> TODD D. ERB <br> Nevada Bar No. 12203 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, NV 89169 <br> *Attorneys for Defendant Standard Insurance Company* |

IT IS SO ORDERED. The Clerk of Court is directed to CLOSE THIS CASE.

February 25, 2016

_____
Jennifer Dorsey
United States District Judge

7385294_1